AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| HEATHER-LYNNE VAN WILDE<br><br>*Plaintiff(s)*<br>v.<br>CITY OF PORTLAND, PORTLAND POLICE BUREAU OFFICER JOHN DOE<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-01244 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Portland
Office of the City Attorney
1221 SW 4th Avenue, Room 430
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jane Moisan
People's Law Project
818 SW 3rd Ave #221-3789
Portland, OR 97204
peopleslawproject@gmail.com
(971) 258-1292

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MELISSA AUBIN, Clerk of Court**

Date: 08/24/2022         By: s/E.Potter, Deputy Clerk