LINH T. VU, OSB #004164
Senior Deputy City Attorney
linh.vu@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **HEATHER-LYNNE VAN WILDE,** | **3:22-cv-01244-AR** |
| **PLAINTIFF,** | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE** |
| v. | |
| **CITY OF PORTLAND, PORTLAND POLICE BUREAU OFFICER JOHN DOE** | |
| **DEFENDANT.** | |

Pursuant to Rule 6(b) of the Fed. R. Civ. P., defendant City of Portland hereby moves the Court for an order allowing an extension of time in which to file an appearance in this case. The parties have conferred regarding this motion and plaintiff's counsel consents to this motion. Specifically, defendant City of Portland requests a 30-day extension of time, from October 13, 2022, up to and including November 14, 2022, within which to file an appearance.

Page  1  – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE

This motion is based upon the complete court file and upon the affidavit of Linh Vu, filed herewith.

Dated: October 12, 2022

Respectfully submitted,

/s/ *Linh T. Vu*
LINH T. VU, OSB #004164
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for City of Portland*

Page 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE