UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.:

Plaintiff(s),

v.

Defendant(s).

_____

**<u>Consent to Jurisdiction by a Magistrate Judge
and Designation of the Normal Appeal Route</u>**

  Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: _____.

Signature: _____

Name and Bar Number: _____

E-mail Address: _____

Firm Name: _____

Mailing Address: _____

City, State, Zip: _____

Party Represented: _____

[Rev. 01/2018]